UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| TINA GOMEZ, | No. C 13-03143 LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAROLYN COLVIN, | |
| Defendant. | |

On July 9, 2013, Tina Gomez filed a complaint against the Commissioner of the Social Security Administration ("SSA"), Carolyn Colvin, that asks the court to review the SSA's decision denying her claim for disability benefits. Complaint, ECF No. 1.[1] Ms. Colvin answered her complaint on December 27, 2013. Answer, ECF No. 10. Ms. Gomez's motion for summary judgment was due by January 24, 2014, Social Security Procedural Order, ECF No. 2 (providing that, in such cases, a plaintiff's summary judgment motion is due within 28 days of the filing and service of a defendant's answer).

To date, Ms. Gomez has not filed any motion for summary judgment, even though her deadline for doing so was January 24, 2014. Accordingly, the court **ORDERS** Ms. Gomez to show cause, in writing and by **February 10, 2014**, why her action should not be dismissed for failure to prosecute.

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 13-03143 LB
ORDER

1 **IT IS SO ORDERED.**

2 Dated: January 28, 2014

3 _____
LAUREL BEELER
United States Magistrate Judge